**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 35 WM 2019
:
Respondent :
:
:
:
v. :
:
:
:
CRAIG D. MURPHY, :
:
Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the Motion for Extraordinary Jurisdiction is DENIED.